AO 440 (Rev. 8/01) Summons in a Civil Action   "Ditn" Swift

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4-21-07 |
| NAME OF SERVER *(PRINT)* James Monteleon | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: W.P. Police Department - 77 South Lexington W.P. NY 10601
Left copy with Officer Vega in Records Room.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Follow up mailing on 4-21-08 to Detective Swift, W.P. police Department, 77 S. Lexington Ave - W.P. NY 10601

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-21-08
Date          Signature of Server

30 Prospect Ave
Address of Server
Ardsley NY 10502

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.