# MATTHEW FLAMM

ATTORNEY AND COUNSELLOR AT LAW

26 COURT STREET, SUITE 600

BROOKLYN, NEW YORK 11242

matthewflamm@msn.com

(718) 797-3117     FAX (718) 522-2026

July 11, 2008

The Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>Caba v. City of White Plains Et Ano</u>
             08 CV 2397 (CLB)(LMS)

Your Honor:

    I am of counsel to James Lenihan, attorney for plaintiff in this civil rights action.

    Plaintiff respectfully requests supervision of discovery be referred to the Magistrate. Defendant White Plains has not objected to or answered plaintiff's initial discovery demands and has not requested an enlargement of time in which to do so. It appears that an order compelling the responses may be needed. Additionally, plaintiff expects that there will be discovery disputes needing judicial intervention. Finally, defendant's failure to timely respond will likely prevent plaintiff from amending his complaint by July 21, 2008, the date set out in our scheduling order.

    Plaintiff respectfully requests that Your Honor refer supervision of discovery to the Magistrate.

                                  Very truly yours,

                                  Matthew Flamm

cc:    Frances Marinelli
        Attorney for defendants

        James Lenihan

USDC SDNY
DOCUM...
...
DATE FILED: _____