UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
CABA

                                 Plaintiff,

- against -

CITY OF WHITE PLAINS

                                 Defendant.  
------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE**  
**TO A MAGISTRATE JUDGE**

08 Civ. 2397 (CLB)(LMS)

The above entitled action is referred to the Hon. Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*  
_____  
_____

___ Settlement*

_X_ All Purposes

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____  
    _____

    All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
          July 15, 2008

                                      _Charles L. Brieant_  
                                United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED