**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                     August 11, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV2397 (CS) (LMS)

Matthew Spencer Flamm, Esq.
26 Court Street  #600
Brooklyn, NY 11242

Joseph Anthony Maria
Joseph A. Maria, P.C.
301 Old Tarrytown Road
White Plains, NY 10603

   The  matter  of     **CABA-V-WHITE PLAINS**    has been  scheduled for a conference, before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,  on **September 9,  2008** at   11:00AM   in Courtroom 420.

   Notify all other parties of this schedule immediately.

   *Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
                              Hon. Lisa Margaret Smith
                                        U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                       August 11, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV2397 (CS) (LMS)

Matthew Spencer Flamm, Esq.
26 Court Street  #600
Brooklyn, NY 11242

Joseph Anthony Maria
Joseph A. Maria, P.C.
301 Old Tarrytown Road
White Plains, NY 10603

   The  matter of     **CABA-V-WHITE PLAINS**    has been  scheduled for a conference, before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,  on **September 9,  2008** at   11:00AM   in Courtroom 420.

   Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:  _/s/ Lisa Margaret Smith_
Hon. Lisa Margaret Smith
U.S.M.J.